IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff, | |
| vs. | CASE NO. 2:18-CR-00017-019 |
| JOHN ROOSEVELT FARNER,<br>　　Defendant. | |

## MOTION FOR CONTINUANCE OF SENTENCING MEMORANDUM

COMES NOW the Defendant, John Roosevelt Farner, by and through counsel, and moves the Court to continue the deadline for the sentencing memorandum, currently due January 21, 2020, to and including January 24, 2020.

1. Counsel needs additional time to finish evaluating the case and properly prepare the memorandum.

2. Additionally, counsel has been forced to spend a large amount of time preparing for the jury trial of *State v. Robert Atwell*, Washington County, Tennessee case number 90CC1-2018-CR-44381, scheduled for January 22, 2020.

3. The Defendant is not asking for the sentencing hearing to be continued, only the date of the sentencing memorandum.

4. The Government is not opposed to this motion.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/ Gene G. Scott, Jr._____
　　　　　　　　　　　　　　　　　　　　Gene G. Scott, Jr. #021681
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　1211 E. Jackson Blvd., Suite 2
　　　　　　　　　　　　　　　　　　　　P. O. Box 575
　　　　　　　　　　　　　　　　　　　　Jonesborough, TN 37659

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of January 2020 a true and exact copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the courts electronic filing system to all parties indicated on the electronic filing receipt.

s/ Gene G. Scott, Jr._____<br>
Gene G. Scott, Jr.